UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMPLE DESIGN LTD., <br>         Plaintiff, <br>    v. <br> CANDYMOBI INFORMATION TECHNOLOGY CO., et al., <br>         Defendants. | Case No. 19-cv-05501-VC <br><br> **ORDER GRANTING MOTION FOR ALTERNATIVE SERVICE** <br><br> Re: Dkt. No. 11 |

Simple Design's ex parte motion for service by email is granted pursuant to Federal Rule of Civil Procedure 4(f)(3). *See Rio Properties, Inc. v. Rio International Interlink*, 284 F.3d 1007, 1015 (9th Cir. 2002). Service by email here is notice reasonably calculated to provide actual notice to the defendants, and it will not violate any international agreement because the Hague Convention does not apply where the address of the defendants is not known. *See* Convention on the Service Abroad of Judicial and Extrajudicial Documents, Article 1, Nov. 15, 1965, 20 U.S.T. 361, 1969 WL 97765.

**IT IS SO ORDERED.**

Dated: December 16, 2019

_____
VINCE CHHABRIA
United States District Judge