UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMPLE DESIGN LTD., a British Virgin Islands limited company, doing business as LEAP FITNESS<br><br>       Plaintiff,<br> vs.<br><br>CANDYMOBI INFORMATION TECHNOLOGY CO., a Hong Kong company, BEIJING AIPU CENTURY TECHNOLOGY CO., a China company, and DOES 1 through 10, inclusive,<br><br>       Defendants. | Case No: 3:19-cv-05501-VC<br><br>Hon. Judge Vince Chhabria<br><br>**[~~PROPOSED~~] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE** |

ORDER CONTINUING CASE MANAGEMENT CONFERENCE

The Court, having considered the Plaintiff's Application to Continue the Case Management Conference, and finding good cause shown, hereby ORDERS that the Case Management Conference currently scheduled for January 22, 2020, at 10:00 a.m. be continued until February 26, 2020 at 10:00 am.

The hearing will take place in Courtroom 04, 17th Floor, 450 Golden Gate

Avenue, San Francisco, California 94102.

IT IS SO ORDERED.

Dated: January 21, 2020

_____
Hon. Vince Chhabria
US DISTRICT COURT JUDGE