UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMPLE DESIGN LTD., <br> Plaintiff, <br> v. <br> CANDYMOBI INFORMATION TECHNOLOGY CO., et al., <br> Defendant. | 19-cv-05501-VC <br><br> **JUDGMENT** |

The Court, having granted the plaintiff's motion for a default judgment, now enters judgment in favor of the plaintiff and against the defendants. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: July 2, 2020

_____
VINCE CHHABRIA
United States District Judge